Case 1:24-cr-00326-KAM   Document 3   Filed 02/15/24   Page 1 of 1 PageID #: 9

KPO
F.# 2023R00874

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JACOB YUSUFOV,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 24-131 (VMS)

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Katherine P. Onyshko, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

       WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
          February 15, 2024

*Vera M. Scanlon*
_____
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK