<u>U.S.D.J.  KIYO A. MATSUMOTO</u>         <u>DATE:  8/14/2024</u>     <u>TIME: 11:00 a.m. – 11:44 am.</u>

<u>CRIMINAL CAUSE FOR PLEADING</u>

<u>USA - v – Jacob Yusufov (dob)</u>          <u>Docket No. 24- CR- 326 [KAM]</u>

**Defense Counsel:** John Esposito, Esq. (retained)     CR:   Annette Montalvo

**AUSA**: Katherine Onyshko, Esq.         **Deputy:** S. Jackson

 **X**  Case Called

 **X** Defendant's First Appearance

 **X**  Defendant: **X**   Sworn   **X**   Arraigned   **X**   Informed of Rights

 **X**  Waiver of Indictment Executed for Defendant

 **X**   Superseding Indictment/**Information Filed**

____ Bench Warrant Issued:_____

 **X**  Defendant With <u>Enters Plea of Guilty</u> to Counts **all** of the <u>Indictment</u>/**Information.**

 **X**  Court Finds Factual Basis for the Plea

 **X**  Sentencing is scheduled for **12/10/2024 at 11:00am.**

 _  Bail/Bond: ____ Set ____ Continued for Defendant ____ Continued in Custody

____Case Adjourned to ___/___/___ at _____

 **X**  Court accepts the Plea of Guilty.

 **X**  Transcript Ordered

 **X**   Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections, corrections or comments to the Presentence Report (PSR).  Defense counsel must respond to PSR within two weeks of receipt of the psr, the government will respond one week thereafter. PSR objections shall be directed to the probation officer but need not be filed via ecf.

 **X**  Sentencing motions/submissions or letters of support on behalf of the defendant (apart from PSR objections) shall be submitted as follows: Counsel on behalf of the defendant shall file a sentencing memoranda by close of business on **11/19/2024**, the government will respond by **11/26/2024**, any reply by the defendant, shall be served and filed electronically by close of business on **12/3/2024** .