

February 10, 2025

Kings County Supreme Court
320 Jay Street
Brooklyn, NY 11201

Dear Presiding Judge,

## Treatment Progress Report
**ABS Division of Forensic Behavioral Sciences, Sexual Behavior Counseling Program and General Mental Health Counseling**

**Patient Name: Jacob Yusufov**
This letter is regarding Mr. Jacob Yusufov Mr. Yusufov was evaluated and admitted to ABS' 6 to 18 Month Outpatient Sexual Behavior Counseling Program on February 26, 2024. He is scheduled to attend two counseling sessions per week to address issues pertaining to sexual behavior and to enhance his life management skills and emotional stability.

Mr. Yusufov is currently in the third phase of the three-phase program which is the relapse prevention preparation phase. He is working on restructuring relationships with the community and family, and developing a support system that is aware of problematic behavior and supportive of recovery. He is also working on sex addiction and offending rehabilitation and the establishment of strong boundaries and establishing healthy relationships.

Since our last noted correspondence dated, Mr. Yusufov has attended 42 sex behavior group counseling and 37 general mental health individual counseling sessions with 5 excused absences on 6/7/2024, 7/19/2024, 9/5/2024, 9/6/2024 and 9/27/2024. He's attended a total of 48 individual counseling sessions and 42 individual counseling sessions. He demonstrates active engagement in psychotherapy, providing testimony during counseling sessions and being receptive to therapeutic suggestions from his Therapists. Continued progress in treatment is expected with consistent attendance and engagement in psychotherapy.

Should you need any additional information pertaining to this client please feel free to call me any time at (718) 871- 4593.

Respectfully,

*Kenneth Reddan,PHD.,LSW*

Dr. Kenneth Reddan
Program Director

**Applied Behavioral Sciences**
**Tel: 718.871.4593 Fax: 718.228.3905**
www.absbehavioralhealth.com