LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
CAITLYN CARMICHAEL
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C.

546 FIFTH AVENUE - STE. 6
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

March 6, 2025

**Via ECF**

Honorable Kiyo A. Matsumoto
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Yusufov
     Case # 24-CR-326 (KAM)

Dear Judge Matsumoto:

On March 5, 2025, my client, Jacob Yusufov, was sentenced before Your Honor in the above-captioned case.

As discussed with Your Honor during the sentencing proceeding, we write to respectfully request that the Court recommend to the Bureau of Prisons that Mr. Yusufov be designated to FMC Devens. Should Mr. Yusufov be ineligible to be placed at FMC Devens due to the length of his term of incarceration, we respectfully request that the Court recommend Hudson County Correctional Facility[1] (also known as the "Hudson County Jail") located in Kearny, New Jersey.

We thank you for your time and consideration in this matter.

Respectfully,

Michael T. Jaccarino
Aidala, Bertuna & Kamins, P.C.
Attorneys for Jacob Yusufov

MTJ:dg

---

[1] The Hudson County Correctional Facility has a contract with the Federal Bureau of Prisons to house federal inmates.